# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:  CYNTHIA A SCHMIDT  §  Case No.: 09-29918
        ANDREW W SCHMIDT   §
                           §
        Debtor(s)          §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/14/2009.

2) This case was confirmed on 04/21/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/21/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/16/2012.

6) Number of months from filing to the last payment: 32

7) Number of months case was pending: 33

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   51,340.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 25,658.63 |
| Less amount refunded to debtor | $ 1,212.70 |
| **NET RECEIPTS** | $ 24,445.93 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,433.17 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,933.17 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |
| ALBANY BANK & TRUST | SECURED | 30,000.00 | 12,102.74 | .00 | .00 | .00 |
| ALBANY BANK & TRUST | SECURED | 1,500.00 | 1,937.07 | .00 | .00 | .00 |
| VILLAGE OF HARWOOD H | SECURED | 1,197.40 | .00 | 1,197.40 | 1,197.40 | .00 |
| WELLS FARGO FINANCIA | SECURED | 9,000.00 | 11,950.00 | 11,950.00 | 11,950.00 | 458.52 |
| WELLS FARGO FINANCIA | UNSECURED | 9,502.00 | 5,934.50 | 5,934.50 | 3,028.63 | .00 |
| WELLS FARGO HOME MOR | SECURED | 242,000.00 | 209,872.36 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | UNSECURED | 41,215.40 | 40,994.15 | NA | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 34,000.00 | 40,994.15 | .00 | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | 3,500.00 | NA | NA | .00 | .00 |
| ADVANCED PAIN CARE M | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| ADVANCED REHABILITAT | UNSECURED | 6.80 | NA | NA | .00 | .00 |
| ADVOCATE LUTHERAN GE | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE LUTHERAN GE | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE LUTHERAN GE | UNSECURED | 1,487.00 | NA | NA | .00 | .00 |
| ALEXIAN BROS MEDICAL | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | 767.02 | NA | NA | .00 | .00 |
| CPMGMA | UNSECURED | 800.40 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1,759.22 | 2,077.66 | 2,077.66 | 1,124.17 | .00 |
| MEDSOURCE LLC | UNSECURED | 28.00 | 28.32 | 28.32 | 2.55 | .00 |
| CENTER OF BRAIN & SP | UNSECURED | 4,260.70 | NA | NA | .00 | .00 |
| CENTRE FOR WOMENS HE | UNSECURED | 363.00 | NA | NA | .00 | .00 |
| FUNCOLAND | UNSECURED | 69.42 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PARKSIDE PEDIATRICS | UNSECURED | 723.00 | NA | NA | .00 | .00 |
| RIDGE ANESTHESIA | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 4,000.00 | 1,422.00 | 1,422.00 | 652.36 | .00 |
| INTEGRITY PT | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 5,210.44 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| MEDSOURCE LLC | UNSECURED | 28.00 | NA | NA | .00 | .00 |
| PARKSIDE PEDIATRICS | UNSECURED | 723.00 | NA | NA | .00 | .00 |
| RIDGE ANESTHESIA | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| NORTH SHORE ANESTHES | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| ADVOCATE LUTHERAN GE | OTHER | .00 | NA | NA | .00 | .00 |
| HERAND ABCARIAN MD | UNSECURED | 575.00 | NA | NA | .00 | .00 |
| CENTER OF BRAIN & SP | OTHER | .00 | NA | NA | .00 | .00 |
| IL BONE & JOINT INST | UNSECURED | 16.70 | NA | NA | .00 | .00 |
| LUTHERN GENERAL | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| LUTHERN GENERAL | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS STATE HIGHW | UNSECURED | 62.10 | 1,132.40 | 1,132.40 | 612.73 | .00 |
| INTEGRITY PHYSICAL T | UNSECURED | 741.30 | 741.30 | 741.30 | 401.10 | .00 |
| LUTHERAN GENERAL HOS | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 1,416.00 | NA | NA | .00 | .00 |
| PARK RIDGE ANESTHESI | OTHER | .00 | NA | NA | .00 | .00 |
| PARKSIDE MAGNETIC RE | UNSECURED | 69.00 | NA | NA | .00 | .00 |
| PARKSIDE MAGNETIC RE | UNSECURED | 69.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,137.54 | NA | NA | .00 | .00 |
| NORTH SHORE RACQUET | UNSECURED | 228.00 | NA | NA | .00 | .00 |
| NORTHWEST ENT ASSOC | UNSECURED | 41.70 | NA | NA | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | .00 | NA | NA | .00 | .00 |
| PARK RIDGE ANESTHESI | UNSECURED | 334.00 | NA | NA | .00 | .00 |
| PARKVIEW ORTHOPAEDIC | UNSECURED | 347.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK | OTHER | .00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 195.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 93.50 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 7.70 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 2.10 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 158.45 | NA | NA | .00 | .00 |
| RESURRECTION AMB CAR | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| RESURRECTION MEDICAL | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| RESURRECTION MEDICAL | UNSECURED | 2,210.00 | NA | NA | .00 | .00 |
| RESURRECTION MEDICAL | UNSECURED | 784.00 | NA | NA | .00 | .00 |
| RESURRECTION MEDICAL | OTHER | .00 | NA | NA | .00 | .00 |
| RIDGE FAMILY PHYSICI | UNSECURED | 47.30 | NA | NA | .00 | .00 |
| RIDGE FAMILY PHYSICI | UNSECURED | 38.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.=============================================================================.
| **Scheduled Creditors:**                                                    |
|                                                                             |
| Creditor               Claim         Claim        Claim      Principal   Int. |
|   Name         Class   Scheduled     Asserted     Allowed     Paid       Paid |
|                                                                             |
| CUMBERLAND CHAPELS  UNSECURED  5,944.13     NA          NA         .00      .00 |
| WELLS FARGO         UNSECURED  20,248.00    NA          NA         .00      .00 |
| ALBANY BANK & TRUST UNSECURED  NA           NA          NA         .00      .00 |
| ASSET ACCEPTANCE LLC UNSECURED NA           114.21      114.21     78.97    .00 |
| ROBERT J ADAMS & ASS PRIORITY  NA           .00         6.33       6.33     .00 |
| ASSET ACCEPTANCE LLC UNSECURED NA           .00         .00        .00      .00 |
.=============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 11,950.00 | 11,950.00 | 458.52 |
| All Other Secured | 1,197.40 | 1,197.40 | .00 |
| **TOTAL SECURED:** | 13,147.40 | 13,147.40 | 458.52 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 6.33 | 6.33 | .00 |
| **TOTAL PRIORITY:** | 6.33 | 6.33 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 11,450.39 | 5,900.51 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,933.17 |
| Disbursements to Creditors | $ | 19,512.76 |
| **TOTAL DISBURSEMENTS:** | $ | 24,445.93 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   05/16/2012                          /s/ Tom Vaughn
                                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**